# UNITED STATES DISTRICT COURT
Western District of North Carolina

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| V. | ) | (For Offenses Committed On or After November 1, 1987) |
|  | ) |  |
| Marty Keith Mathis | ) | Case Number:  DNCW511CR00039-001 |
|  | ) | USM Number:  20150-057 |
|  | ) |  |
|  | ) | John Gary Vannoy, Jr |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒  Admitted guilt to violation of condition(s) <u>1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, & 13</u> of the term of supervision.

☐  Was found in violation of condition(s) count(s) Enter Counts after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/alcohol use | 11/29/11 |
| 2 | Contact with convicted felons | 11/8/11 |
| 3 | Failure to report contact with law enforcement officer | 11/8/11 |
| 4 | New law violation – Sell/deliver a Schedule II controlled substance | 1/7/12 |
| 5 | New law violation – Felony trafficking opium or heroin | 1/7/12 |
| 6 | New law violation – Felony maintaining vehicle/dwelling/place for a controlled substance | 1/7/12 |
| 7 | New law violation – Felony possession with intent to manufacture, sell and deliver a Schedule II controlled substance | 1/7/12 |
| 8 | New law violation – Misdemeanor possession of drug paraphernalia | 1/7/12 |
| 9 | New law violation – Felony possession with intent to sell and deliver marijuana | 1/7/12 |
| 10 | New law violation – Simple possession of marijuana | 1/7/12 |
| 11 | New law violation – Felony assault physical injury of a law enforcement/probation/parole officer | 1/7/12 |
| 12 | New law violation – Felony fleeing to elude arrest | 1/7/12 |
| 13 | New law violation – Misdemeanor assault on a government official/employee | 1/7/12 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐  The Defendant has not violated condition(s) Enter Violation(s) and is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  4/9/2013

*Richard L. Voorhees* (signature)

Richard L. Voorhees
United States District Judge

Date: April 17, 2013

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWENTY-FOUR (24) MONTHS</u>.

**NO SUPERVISED RELASE TERM TO FOLLOW TERM OF IMPRISONMENT**.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

  ☐ As notified by the United States Marshal.
  ☐ At <u>Time am/pm</u> on <u>Surrender Date</u>.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ As notified by the United States Marshal.
  ☐ Before 2 p.m. on <u>Surrender date</u>.
  ☐ As notified by the Probation Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
    Deputy Marshal